```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                                                                       :
                                                                       :
              -v-                                                      :     22 Cr. 402 (JPC)
                                                                       :
                                                                       :     ORDER
ANDREW SANDSON, also known as ANDREW                                   :
SANCHEZ,                                                               :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a bail hearing on August 8, 2022 at 4:30 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.  To the extent that Defendant wishes to submit a letter in support of his application for bail, he must do so by August 4, 2022.  Any opposition letter is due by August 5, 2022.

SO ORDERED.

Dated: May 2, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge