**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 19, 2022

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>**United States v. Andrew Sandson**</u>, 22 Cr. 402 (JPG)

Dear Judge Cronan:

I write with the consent of the Government to request a 90-day adjournment of the pretrial conference in the above captioned matter currently scheduled for October 26, 2022. This adjournment is required to allow Mr. Sandson sufficient opportunity to review discovery with counsel and to explore with the Government the possibility of a pretrial disposition.

Mr. Sandson consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

cc:   AUSA Camille Fletcher

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

The Court grants this request. The conference scheduled for October 26, 2022 is adjourned until January 26, 2023 at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Court also grants Defendant's request to exclude time under the Speedy Trial Act between October 26, 2022 and January 26, 2023. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until January 26, 2023 outweigh the interests of the public and the Defendant in a speedy trial, by allowing time for Defendant to review discovery with counsel and explore the possibility of a pretrial disposition.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 18.

SO ORDERED.
Date: October 19, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge