

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 20, 2023

**BY ECF**

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Andrew Sandson*, 22 Cr. 402 (JPC)

Dear Judge Cronan,

    The parties write to seek an adjournment of the conference scheduled for January 26, 2023 at 11:00 a.m. The parties remain in plea discussions and need the additional time for those discussions to conclude. Further, the Government understands that the defendant has been hospitalized and defense counsel has had some challenges in getting in touch with the defendant during his hospitalization. Accordingly, the parties seek a sixty-day adjournment

    Should the Court grant this request, the Government further request that time be excluded under the Speedy Trial Act from January 26, 2023, until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice as it would allow the defense to finish its review of the discovery and file any pretrial motions, and it would allow the parties to continue negotiations regarding a possible pretrial resolution of this matter. Defense counsel consents to the exclusion of time.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

              by:    Camille L. Fletcher
                    Camille L. Fletcher
                    Assistant United States Attorney
                    Southern District of New York
                    (212) 637-2383

cc: Amy Gallichio, Esq. (via ECF)

The request is granted. The conference scheduled for January 26, 2023 is adjourned until March 22, 2023 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Court also grants Defendant's request to exclude time under the Speedy Trial Act between January 26, 2023 and March 22, 2023. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until March 22, 2023 outweigh the interests of the public and the Defendant in a speedy trial, by allowing time for Defendant and the Government to discuss the possibility of a pretrial disposition.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 20.

SO ORDERED.

Date: January 23, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge