**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 20, 2023

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>**United States v. Andrew Sandson**</u>, 22 Cr. 402 (JPC)

Dear Judge Cronan:

I write with the consent of the Government to request a 60-day adjournment of the pretrial conference in the above captioned matter currently scheduled for March 22, 2022. The parties are engaged in discussions regarding a possible pretrial resolution but require additional time to finalize those discussions and to prepare for an anticipated change of plea.

Mr. Sandson consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

/s/ Amy Gallicchio

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:    AUSA Camille Fletcher

The request is granted. The conference scheduled for March 22, 2023 is adjourned until May 30, 2023 at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Court also grants Defendant's request to exclude time under the Speedy Trial Act between March 22, 2023 and May 30, 2023. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until May 30, 2023 outweigh the interests of the public and the Defendant in a speedy trial, by allowing time for Defendant and the Government to discuss the possibility of a pretrial disposition.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 22.

SO ORDERED.
Date: March 20, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge